IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TOUCHNET INFORMATION SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-2545-KHV ) |
| HIGHER ONE, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

On July 20, 2011, the undersigned entered an order staying this case pending mediation.[1] This was in agreement with the parties that a stay of all proceedings was warranted pending completion of a global mediation that could potentially resolve all issues in this and other related cases. Once mediation took place, the parties were instructed to either file appropriate settlement documents and a stipulation of dismissal, or file a motion to reset case management deadlines and hearings.

Mediation occurred on October 25, 2011. The parties have since informed the court that mediation was productive and the parties are discussing, under the supervision of the mediator, "a multifaceted business arrangement which would resolve all pending litigation." Thus, negotiations are ongoing, and the parties plan on revisiting the matter with the

---

[1]Doc. 49.

mediator in January 2012.

Accordingly, to allow the parties time to further negotiate a settlement arrangement, the stay previously entered is hereby extended until **March 2, 2012**.  By that date, counsel for plaintiff shall either file appropriate settlement documents and a stipulation of dismissal, or file a motion to reset case management deadlines and hearings.

IT IS SO ORDERED.

Dated November 1, 2011, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge